**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | § Chapter 11 |
| | § |
| **OFS INTERNATIONAL LLC,** *et al.*, | § Case No. 21-31784 (DRJ) |
| | § |
| Debtors.[1] | § (Jointly Administered) |
| | § |

**DEBTORS' AGENDA OF MATTERS SET FOR JUNE 21, 2021**
**AT 3:30 P.M. (PREVAILING CENTRAL TIME) VIDEO/TELEPHONIC HEARING**

The above-referenced debtors and debtors in possession (collectively, the "Debtors") file this Agenda of Matters Set for **June 21, 2021 at 3:30 p.m. (prevailing Central Time)** before the Honorable David R. Jones at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 400, 515 Rusk Street, Houston, Texas 77002:

1.  Debtors' Emergency Motion for Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Operating Their Cash Management System, (B) Honor Certain Prepetition Obligations, and (C) Maintain Existing Bank Accounts and Business Forms, and (II) Granting Related Relief [Docket No. 11].

    **Status:** Going Forward.

    **Related Documents:** Interim Order (I) Authorizing the Debtors to (A) Continue Operating Their Cash Management System, (B) Honor Certain Prepetition Obligations, and (C) Maintain Existing Business Forms, and (II) Granting Related Relief [Docket No. 44].

    Proposed Final Order (I) Authorizing the Debtors to (A) Continue Operating Their Cash Management System, (B) Honor Certain Prepetition Obligations, and (C) Maintain Existing Business Forms, and (II) Granting Related Relief [Docket No. 88].

    Notice of Redline of Proposed Final Order (I) Authorizing the Debtors to (A) Continue Operating Their Cash Management System, (B) Honor Certain

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: OFS International LLC (3527); Threading and Precision Manufacturing LLC (8899); OFSI Holding, LLC (3419).

1

        Prepetition Obligations, and (C) Maintain Existing Business Forms, and (II) Granting Related Relief [Docket No. 89].

2. Debtors' Emergency Motion for Entry of Interim and Final Orders (A) Authorizing, But Not Directing, Debtors to Pay or Honor Prepetition Obligations to Certain Critical Vendors and (B) Authorizing Financial Institutions to Honor All Related Checks and Electronic Payment Requests [Docket No. 12].

   **Status:** Going Forward.

   **Related Document:** Interim Order (I) Authorizing, But Not Directing, Debtors to Pay Pre-Petition Claims of Critical Vendors and (II) Authorizing and Directing Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 43].

   Proposed Final Order (I) Authorizing, But Not Directing, Debtors to Pay Pre-Petition Claims of Critical Vendors and (II) Authorizing and Directing Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 86].

   Notice of Redline of Proposed Final Order (I) Authorizing, But Not Directing, Debtors to Pay Pre-Petition Claims of Critical Vendors and (II) Authorizing and Directing Financial Institutions to Honor and Process Related Checks and Transfers [Docket No. 87].

3. Debtors' Emergency Debtors' Emergency Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. 105, 361, 362, 363, 364, and 507 and Fed. R. Bank. P. 2002, 4001 and 9014 (I) Approving Postpetition Financing, (II) Allowing Use of Cash Collateral; (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Docket No. 19].

   **Status:** Going Forward.

   **Related Document:** Interim Order (I) Approving Postpetition Financing, (II) Allowing Use of Cash Collateral; (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay and (VI) Scheduling a Final Hearing [Docket No. 42].

   Proposed Final Order (I) Approving Postpetition Financing, (II) Allowing Use of Cash Collateral; (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay and (VI) Scheduling a Final Hearing [Docket No. 90].

   Notice of Redline of Order (I) Approving Postpetition Financing, (II) Allowing Use of Cash Collateral; (III) Granting Liens and Providing Superpriority Administrative

Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay and (VI) Scheduling a Final Hearing [Docket No. 91].

Dated: June 18, 2021.   Respectfully submitted,

**PORTER HEDGES LLP**

By: */s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl (TX 24038592)
Aaron J. Power (TX 24058058)
Megan Young-John (TX 24088700)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Fax: (713) 226-6248

**PROPOSED COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**

11110065