IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 21-31784 |
| | § | |
| **OFS INTERNATIONAL, LLC** | § | Chapter 11 |
| *et al.* | § | |
| | § | **(Jointly Administered)** |
| **Debtors** | | |

### NOTICE OF APPOINTMENT OF OFFICIAL
### COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE DAVID R. JONES
CHIEF UNITED STATES BANKRUPTCY JUDGE:

    The United States Trustee for the Southern District of Texas, through his undersigned attorney and pursuant to Section 1102(a) and 1102(b)(1) of the Bankruptcy Code, hereby appoints the following eligible creditors to the Official Committee of Unsecured Creditors in the above captioned case:

| | | |
|---|---|---|
| Schouest Bamdas Soshea & BenMaier PLLC<br>1001 McKinney Suite 1400<br>Houston, Texas 77002 | M. Lane Lowrey<br>713-295-1654<br>llowrey@sbsblaw.com | |
| The Hammond Law Firm<br>550 Post Oak Blvd<br>Suite 580<br>Houston, Texas 77027 | William D. Hammond<br>713-253-9969<br>dhammond@hlftx.com | |

Dated: June 28, 2021

                                                          KEVIN M. EPSTEIN
                                                          UNITED STATES TRUSTEE

                                                          */s/ HA M NGUYEN*
                                                          Ha Nguyen, Trial Attorney
                                                          CA Bar #305411 | FED ID NO. 3623593
                                                          United States Department of Justice
                                                          Office of the United States Trustee
                                                          515 Rusk Street, Suite 3516
                                                          Houston, Texas 77002
                                                          E-mail: Ha.Nguyen@usdoj.gov
                                                          Cell: 202-590-7962

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on June 28, 2021.

                                              */s/ Ha M Nguyen*
                                              Ha M Nguyen
                                              Trial Attorney