UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 21-31784 |
|---|---|---|---|
| Debtor | In Re: | OFS International LLC, et al. | |

This lawyer, who is admitted to the State Bar of __Atlanta__:

| Name / Firm / Street / City & Zip Code / Telephone / Licensed: State & Number | John Mills<br>Jones Walker LLP<br>1360 Peachtree St. NE<br>Atlanta, GA 30309<br>Tel: 404-870-7517<br>Fax: 404-870-7501<br>Email: jmills@joneswalker.com<br>GA Bar No. 509705 |
|---|---|

Seeks to appear as the attorney for this party:

**Official Committee of Unsecured Creditors**

Dated: 06/30/2021     Signed: /s/ John Mills

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:          Signed: _____
                        Deputy Clerk

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____        _____
                                    United States Bankruptcy Judge