IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 21-31784 |
| | § | |
| **OFS INTERNATIONAL, LLC** | § | Chapter 11 |
| *et al.* | § | |
| | § | **(Jointly Administered)** |
| Debtors | | |

## AMENDED[1] NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE DAVID R. JONES
CHIEF UNITED STATES BANKRUPTCY JUDGE:

The United States Trustee for the Southern District of Texas, through his undersigned attorney and pursuant to Section 1102(a) and 1102(b)(1) of the Bankruptcy Code, hereby appoints the following eligible creditors to the Official Committee of Unsecured Creditors in the above captioned case:

| | |
|---|---|
| Schouest Bamdas Soshea & BenMaier PLLC<br>1001 McKinney Suite 1400<br>Houston, Texas 77002 | M. Lane Lowrey<br>713-295-1654<br>llowrey@sbsblaw.com |
| The Hammond Law Firm<br>550 Post Oak Blvd<br>Suite 580<br>Houston, Texas 77027 | William D. Hammond<br>713-253-9969<br>dhammond@hlftx.com |
| Franklin Mountain Energy LLC<br>44 Cook Street, Suite 1000<br>Denver, Colorado | Blake Pickett<br>720-414-7868<br>General.counsel@fmell.com |

---

[1] Notice of Appointment amended to add Franklin Mountain Energy LLC onto the Official Committee of Unsecured Creditors.

Dated: July 1, 2021

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE

*/s/ HA M NGUYEN*
Ha Nguyen, Trial Attorney
CA Bar #305411 | FED ID NO. 3623593
United States Department of Justice
Office of the United States Trustee
515 Rusk Street, Suite 3516
Houston, Texas 77002
E-mail: Ha.Nguyen@usdoj.gov
Cell: 202-590-7962

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appointment of Official Committee of Unsecured Creditors has been served by electronic means on all PACER participants on July 1, 2021.

*/s/ Ha M Nguyen*
Ha M Nguyen
Trial Attorney