**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:** | § |
| | § Chapter 11 |
| | § |
| **OFS INTERNATIONAL LLC,** *et al.*, | § Case No. 21-31784 (DRJ) |
| | § |
| Debtors.[1] | § (Jointly Administered) |
| | § |

**DEBTORS' AGENDA OF MATTERS SET FOR JULY 14, 2021**
**AT 3:00 P.M. (PREVAILING CENTRAL TIME) VIDEO/TELEPHONIC HEARING**

The above-referenced debtors and debtors in possession (collectively, the "Debtors") file this Agenda of Matters Set for **July 14, 2021 at 3:00 p.m. (prevailing Central Time)** before the Honorable David R. Jones at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 400, 515 Rusk Street, Houston, Texas 77002:

1. Debtors' Motion for an Order Authorizing the Employment and Compensation of Professionals Utilized in the Ordinary Couse of Business [Docket No. 83].

    **Status:** Going Forward. No objections have been received. However, the Debtors agreed to extend the Committee's deadline to object to July 13th.

    **Related Documents:** Certificate of Service [Docket No. 94].

2. Debtors' Motion for an Order Under 11 U.S.C. 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [Docket No. 85].

    **Status:** Going Forward. No objections have been received. However, the Debtors agreed to extend the Committee's deadline to object to July 13th.

    **Related Document:** Certificate of Service [Docket No. 94].

3. Debtors' Motion for Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9), (II) Establishing Amended Schedules Bar Date and Rejection Damages Bar Date, (III) Approving

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: OFS International LLC (3527); Threading and Precision Manufacturing LLC (8899); OFSI Holding, LLC (3419).

1

the Form of and Manner for Filing Proofs of Claim, Including Section 503(b)(9) Requests, and (IV) Approving Notice of Bar Dates [Docket No. 104].

**Status:** Going Forward.  No objections have been received.  However, the deadline for parties in interest to object is July 13th.

**Related Document:** Certificate of Service [Doc. No. 106].

4. Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Debtors' Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 105].

**Status:** Upon the request of the Committee, the Debtors have agreed to continue the hearing on this motion for approximately one week, subject to the Court's availability.

**Related Document:** Certificate of Service [Doc. No. 106].

Dated: July 12, 2021.　　　　　　　　　　　　Respectfully submitted,

**PORTER HEDGES LLP**

By:　*/s/ Joshua W. Wolfshohl*
　　　Joshua W. Wolfshohl (TX 24038592)
　　　Aaron J. Power (TX 24058058)
　　　Megan Young-John (TX 24088700)
　　　1000 Main Street, 36th Floor
　　　Houston, Texas 77002
　　　Telephone: (713) 226-6000
　　　Fax: (713) 226-6248

　　　**PROPOSED COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**

11136767