UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **OFS INTERNATIONAL LLC,** *et al.*, | § | **Case No. 21-31784 (DRJ)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | |

### NOTICE OF RESET
### TELEPHONIC AND VIDEO CONFERENCE HEARING
[Relates to Document No. 105]

**PLEASE TAKE NOTICE** that the **July 14, 2021** telephonic and video conference hearing on *Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Debtors' Key Employee Retention Plan and (II) Granting Related Relief* [Docket No. 105] has been **RESET** to **July 21, 2021 at 3:30 p.m.** (CT) before the Honorable David R. Jones, United States Bankruptcy Judge, 515 Rusk Street, Courtroom 400, Houston, Texas 77002 (the "Hearing").

On March 9, 2020, the Bankruptcy Court for the Southern District of Texas (the "Court") entered the Order Adopting Hearing Protocols that may be Implemented under Certain Public Health or Safety Conditions (the "Protocol"). On March 24, 2020, through the entry of General Order 2020-10, the Court invoked the Protocol for Emergency Public Health or Safety Conditions for Brownsville, Galveston, and Houston Divisions (the "Order"), which implemented the Protocol with respect to all cases in the Houston division, including the above-captioned cases.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: OFS International LLC (3527); Threading and Precision Manufacturing LLC (3527); OFSI Holding, LLC (3419).

1

11149097

The Court will use both audio and video communication. If you want to see the documents as presented to the Court and hear the proceeding you should be (i) dialed in through the audio system, and (ii) logged into the Court's video via GoToMeeting.

*Audio Communication*

Audio communication will be by use of the Court's regular dial-in number. The dial-in number is 832-917-1510. You will be responsible for your own long-distance charges. Judge Jones' conference room number is 205691. Parties are encouraged to review the Court's procedures for telephonic appearances located on Judge Jones' Home Page on the Southern District of Texas website.

Each person who speaks at the electronic hearing should be prepared to restate that person's name each time that the person speaks in order to assist any transcriber of the audio recording.

*Video Communication*

Any evidence and demonstrative exhibits will be offered by the Debtors from a remote location. Parties may participate in electronic hearings by use of an internet connection. The interest site is **www.gotomeeting.com**. A GoToMeeting app is available for download to computers. It is recommended that you download the free GoToMeeting app on each device that will be used to connect to a hearing. Connecting via web browser only may limit the availability of some GoToMeeting features. Persons connecting by mobile device will need to download the free GoToMeeting app.

Once connected to GoToMeeting, a participant should enter the meeting code "JudgeJones". A participant can also connect using the link on Judge Jones' homepage on the Southern District of Texas website.

Once connected to GoToMeeting, click the settings icon in the upper right corner and enter your name under the personal information setting.

In accordance with the Protocol, Debtors filed exhibits on the Court's docket for ease of reference.

Any witness presented by Debtors will appear via audio and video connection. Any person wishing to cross-examine the witness will be permitted to do so during the hearing.

All documents filed in these Chapter 11 Cases may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: July 14, 2021.
Houston, Texas

**PORTER HEDGES LLP**

By: */s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl (TX 24038592)
Aaron J. Power (TX 24058058)
Megan Young-John (TX 24088700)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Fax: (713) 226-6248

**PROPOSED COUNSEL FOR DEBTORS AND DEBTORS IN POSSESSION**

11149097