UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § <br> § Chapter 11 <br> § |
| **OFS INTERNATIONAL, LLC,** *et al.* | § Case No. 21-31784 (DRJ) <br> § |
| Debtors.[1] | § (Jointly Administered) <br> § |

### ORDER GRANTING FERMATA TECHNOLOGIES LLC'S MOTION TO QUASH ULTRA PREMIUM SERVICES, L.L.C. AND IPSCO TUBULARS, INC'S NOTICE OF EXAMINATION UNDER RULE 2004 AND SUBPOENA DUCES TECUM

Before the Court is Fermata Technologies, LLC's August 5, 2021 Motion to Quash Ultra Premium Services, L.L.C. and IPSCO Tubulars, Inc.'s Notice of Examination Under Rule 2004 and Subpoena Duces Tecem. After considering Fermata's Motion and any response, the law, and evidence submitted, the Court finds that Fermata's Motion should be **GRANTED**.

Accordingly, it is hereby **ORDERED** that Debtors' Motion is **GRANTED**.

SIGNED: _____, 2021

                                                                 Hon. David R. Jones
                                                                 Chief United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases and the last four digits of their federal tax identification numbers are as follows: OFS International, LLC (3527); Threading and Precision Manufacturing, LLC (8899); and OFSI Holding, LLC (3419).

1