UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | § | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **OFS INTERNATIONAL LLC,** *et al.***,** | § | **Case No. 21-31784 (DRJ)** |
| | § | |
| Debtors.[1] | § | **(Jointly Administered)** |
| | § | |

**DEBTORS' EXHIBIT AND WITNESS LIST FOR HEARING ON WORLD EQUITY GROUP, INC.'S EMERGENCY MOTION TO ALLOW LATE FILED PROOF OF CLAIM PURSUANT TO FEDERAL RULES OF BANKRUPTCY PROCEDURE 3003(c) AND 9006(b)(1)**

The above-referenced debtors file this Exhibit and Witness List for the hearing to be held on October 27, 2021, at 3:00 p.m. in Courtroom 400 of the United States Courthouse, 515 Rusk Street, Houston, Texas 77002.

**EXHIBITS**

| NO. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | Certificate of Service re: Notice of Deadlines for the Filing of Proofs of Claim, Including Requests for Payment Pursuant to Section 503(b)(9) of the Bankruptcy Code | | | | | | |
| 2. | Northview Advisors LLC Investment Banking Engagement Letter dated March 23, 2020 | | | | | | |
| 3. | Email from A. Ratnikov to Northview Advisors dated July 29, 2020 | | | | | | |
| 4. | Email from P. Gorski to A. Ratnikov re: "Touching Base" dated June 4, 2021 | | | | | | |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: OFS International LLC (3527); Threading and Precision Manufacturing LLC (8899); OFSI Holding, LLC (3419).

1

13063494v1

| NO. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 5. | Email from P. Gorski to K. Semerikov re: "Store Capital LOI" dated July 8, 2021 | | | | | | |
| 6. | Email from A. Power to P. Gorski re: "NDA for Lenders" dated September 10, 2021 | | | | | | |
| 7. | Email from A. Power to P. Gorski re: "Draft WEG employment application, order and Gorski Affidavit" dated September 10, 2021 | | | | | | |
| 8. | Email chain between P. Gorski and A. Power re: "Working Capital" dated October 1, 2021 | | | | | | |
| 9. | Email from JT Schroeder to K. Semerikov and A. Ratnikov re: "Invoice" dated October 7, 2021 | | | | | | |
| 10. | Any pleadings, reports, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy case | | | | | | |
| 11. | Any exhibit introduced by any other party | | | | | | |
| 12. | Rebuttal or impeachment exhibits as necessary | | | | | | |

**WITNESSES**

The Debtors may call the following witnesses at the Hearing:

1. Alexei Ratnikov, Chief Financial Officer
2. Paul Gorski, Northview Advisors
3. Rebuttal witnesses as necessary.
4. Any witness listed by any other party.

The Debtors reserve their right to amend or supplement this Exhibit and Witness List as necessary in advance of the Hearing.

13063494v1

Dated: Houston, Texas
October 26, 2021.

**PORTER HEDGES LLP**

By: */s/ Joshua W. Wolfshohl*
Joshua W. Wolfshohl
State Bar No. 24038592
Aaron J. Power
State Bar No. 24058058
Megan Young-John
State Bar No. 24088700
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Fax: (713) 228-1331

**COUNSEL FOR DEBTORS
AND DEBTORS IN POSSESSION**

**CERTIFICATE OF SERVICE**

I certify that on October 26, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System in the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Joshua W. Wolfshohl*
Joshua W. Wolfshohl

3

13063494v1