United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 16, 2021
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 11 |
| OFS INTERNATIONAL LLC, *et al.*, | § Case No. 21-31784 (DRJ) |
| Debtors.[1] | § (Jointly Administered) |

### ORDER GRANTING DEBTORS' MOTION TO COMPROMISE CONTROVERSY WITH R.G. HANSON COMPANY, INC. PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

(Relates to Doc. No. 332)

The Court has considered the Debtors' Motion to Compromise Controversy with R.G. Hanson Company, Inc. pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure.[2] The Court has jurisdiction to hear and determine the Application and to grant the relief requested therein, pursuant to 28 U.S.C. § 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The proposed compromise is fair, equitable, reasonable and in the best interests of the estate and its creditors and should be approved. The proposed compromise is a valid and sound exercise of the Trustee's business judgment. Adequate notice of the Application has been given to creditors and parties-in-interest in this case. Accordingly, it is therefore:

ORDERED that:

- R.G. Hanson's Claim is hereby deemed withdrawn.

- Within 21 days from entry of this Order, OFSI shall prepay R.G. Hanson $20,000 to reassemble and warrant the Machines.

- As part of the reassembly process, the Debtors agree that R.G. Hanson shall convert

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: OFS International LLC (3527); Threading and Precision Manufacturing LLC (8899); OFSI Holding, LLC (3419).

[2] All capitalized terms not defined herein are given the meaning ascribed to them in the Motion.

1

13048040v1

the Machines from gas to electric heating.

- Within 60 days from receipt of the initial $20,000 payment, R.G. Hanson shall have completed reassembly of the Machines.

- An OFSI representative shall travel to R.G. Hanson's facility to confirm that the Machines are fully operationally, and R.G. Hanson shall provide the OFSI representative with training on the operation of the Machines while at R.G. Hanson's facility.  R.G. Hanson shall also provide OFSI with an operating manual for the Machines.

- Upon acceptance of the Machines, OFSI shall pay R.G. Hanson an additional $20,000 and dismiss the State Court Lawsuit with prejudice.

- Upon receipt of the final payment, R.G. Hanson shall load the Machines for transport. OFSI shall be responsible for all transportation and insurance costs to return the Machines to OFSI's facility.

And it is further

    ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or enforcement of this Order; and

    ORDERED the Debtors and R.G. Hanson are authorized to take any and all actions necessary to effectuate the terms of this Order.

**Signed:  December 16, 2021.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**